B 2500C (Form 2500C) (12/15)

# United States Bankruptcy Court

## Western District Of Pennsylvania

In re  Clifford W. Cuddy d/b/a Cuddy's Construction ,                         ) Case No. 22-22062-CMB
                   Debtor                                                                  )
                                                         )  Chapter  7

Ave Maria Dlubak
               Plaintiff

v.                                                                  Adv. Proc. No. 22-

Clifford Cuddy d/b/a Cuddy's Construction
               Defendant

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
Michael R. Rhodes, Clerk
United States Bankruptcy Court
Western District of Pennsylvania
U.S. Steel Tower
600 Grant Street, Suite 5414,
Pittsburgh, PA 15219

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Louis J. Kroeck IV, Esquire
LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA 15203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:                                                                 Room:
                                                                                    Date and Time:

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____(Clerk of the Bankruptcy Court)

Date: _____  By: _____(Deputy Clerk)

B 2500C (Form 2500C) (12/15)

# CERTIFICATE OF SERVICE

I, __Louis J. Kroeck IV, Esquire__ (name), certify that service of this summons and a copy of the complaint was made __02/  /2023__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to: Gino F. Peluso, Esquire
One Peluso Place
2592 Leechburg Road
Lower Burrell, PA 15068
Attorney for Debtor & Defendant Clifford W. Cuddy d/b/a Cuddy's Construction

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of __Pennsylvania__, as follows: [Describe briefly]
Service was made on Debtor and Defendant Clifford W. Cuddy d/b/a Cuddy's Construction by First Class United States Certified Mail Return Receipt Requested. Service was also made on Debtor and Defendant Clifford W. Cuddy d/b/a Cuddy's Construction through his attorney and/or agent in fact Gino F. Peluso, Esquire, One Peluso Place, 2592 Leechburg Road, Lower Burrell, PA 15068 by First-Class United States Regular Mail and Facsimile: 1 (724) 339-3803 by attached facsimile confirmation.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __02/  /2023__    Signature __/s/ Louis J. Kroeck IV, Esquire__

Print Name: __Louis J. Kroeck IV, Esquire__

Business Address: __LJK LAW, PLLC__
__1200 Sarah Street__
__Pittsburgh, PA 15203__