# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Clifford W. Cuddy d/b/a Cuddy's Construction, <br> ***************************************** <br> Ave Maria Dlubak, <br><br> Plaintiff, <br><br> vs. <br><br> Clifford Cuddy d/b/a Cuddy's Construction, <br><br> Defendant. | **ADVERSARY COMPLAINT** <br><br> Chapter: __7__ <br><br> Bankruptcy No.: 22-22062-CMB <br><br> Adv. Proc. No.: 23-02016-CMB <br><br> Doc. No.: __2__ <br><br> Bankruptcy Judge: Carlota M. Böhm |

## PROPOSED ORDER OF COURT

**AND NOW TO WIT**, this _____ day of _____, 2023, upon due and careful consideration of the Adversary Complaint with Objections to Discharge filed by Plaintiff Ave Maria Dlubak as to her alleged debt that Debtor and/or Defendant Clifford Cuddy d/b/a Cuddy's Construction has included in his Chapter 7 Voluntary Bankruptcy Petition, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the alleged debt of Plaintiff Ave Maria Dlubak which is being claimed in Cuddy's Voluntary Chapter 7 Petition is determined to be non-dischargeable debt within the meaning of the Bankruptcy Code as a debt secured by actual fraud, false pretenses, false representations, fraud as fiduciary, embezzlement, larceny and/or malicious injury.

                                          **BY THE COURT:**

                                          _____
                                          **Honorable Carlota M. Böhm**
                                          **United States Bankruptcy Judge**
                                          **Western District of Pennsylvania**