IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Clifford W. Cuddy** | : | Bankruptcy No.: 22–22062–CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| **Ave Maria Dlubak** | : | |
| | : | Adversary No.: 23–02016–CMB |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Clifford W. Cuddy** | : | |
| **d/b/a Cuddy's Construction** | : | |
| *Defendant(s).* | : | |

## CERTIFICATE OF SERVICE

I, __Louis J. Kroeck IV, Esquire__, of _LJK LAW, PLLC, 1200 Sarah Street, Pittsburgh, PA 15203, Counsel for Plaintiff_

_Ave Maria Dlubak in the above-captioned case,_

_____

**CERTIFY:**

   That I am, and at all time hereinafter mentioned, was more than 18 years of age:

   That on the __21st__ 22nd & day of ____February____, __2023__, I served a copy of this Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons, and Early Conference Certification and Stipulation (CMB Form AP–2) filed in this proceeding, on:

Clifford W. Cuddy d/b/a Cuddy's Construction
Defendant & Debtor

Gino F. Peluso, Esquire
Attorney for Debtor & Defendant Clifford W. Cuddy d/b/a Cuddy's Construction

Lisa M. Swope, Esquire
Neugebauer & Swope, P.C.
Chapter 7 Trustee Debtor & Defendant Clifford W. Cuddy d/b/a Cuddy's Construction

the Defendant(s) in this proceeding, by (describe mode of service):
Clifford W. Cuddy d/b/a Cuddy's Construction

Gino F. Peluso, Esquire, Attorney for Clifford W. Cuddy d/b/a Cuddy's Construction

Lisa M. Swope, Esquire, Chapter 7 Trustee Clifford W. Cuddy d/b/a Cuddy's Construction
at the following address(es):

| | | |
|---|---|---|
| Clifford W. Cuddy d/b/a Cuddy's Construction<br>First-Class Certified Mail Electronic Return Receipt<br>Article Number: 7017 3040 0000 2610 6708<br>See attached Exhibt 1 Return Receipt and Signature Confirmation | Gino F. Peluso, Esquire<br>Facsimile: 1 (724) 339-3803<br>Email: gp@attorneypeluso.com<br>Attorney for Debtor & Defendant Clifford W. Cuddy d/b/a Cuddy's Construction<br>See attached Exhibit 2 Facsimile and Email Confirmations | Lisa M. Swope, Esquire<br>Neugebaier & Swope, P.C.<br>Email: lms@nsslawfirm.com<br>Chapter 7 Trustee Clifford W. Cuddy d/b/a Cuddy's Construction |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___February 22, 2023___      _____/s/ Louis J. Kroeck IV, Esquire_____
              (Date)                                            (Signature)