

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**For OFFICIAL USE**

| Certified Mail Fee | | |
| --- | --- | --- |
| $ $4.15 | | 0253 |
| | $0.00 | 17 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $2.10
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $3.90

*Postmark Here* — HOMESTEAD, PA 15120 — FEB 16 2023

7017 3040 0000 2610 6708

**Mr. Clifford W. Cuddy d/b/a Cuddy's Construction-**
**1245 Lenape Avenue**
**Ford City, PA 16226**

2/16



# UNITED STATES
# POSTAL SERVICE.

MUNHALL
3406 MAIN ST
HOMESTEAD, PA 15120-3369
(800)275-8777

02/16/2023                                03:13 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® Large Envelope | 1 | | $3.90 |

Ford City, PA 16226
Weight: 0 lb 11.30 oz
Estimated Delivery Date
   Sat 02/18/2023

| Certified Mail® | | | $4.15 |
| --- | --- | --- | --- |

   Tracking #:
      7017304000026106708
   e-Return Receipt                                $2.10

Total                                             $10.15

Grand Total:                                       $10.15

Credit Card Remit                                  $10.15
   Card Name: VISA
   Account #: XXXXXXXXXXXX5796
   Approval #: 016956
   Transaction #: 753
   AID: A0000000031010                    Chip
   AL: VISA CREDIT
   PIN: Not Required