

February 21, 2023

Dear Louis J Kroeck IV Esquire:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 3040 0000 2610 6708**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | February 21, 2023, 10:11 am |
| Location: | FORD CITY, PA 16226 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 12.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *Clifford Curdy / Clifford Curdy* |
| Address of Recipient: | 1245 LENAPE AVE, FORD CITY, PA 16226-1408 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004