

Gerald S Lepre Jr <gleprejr.ljklaw@gmail.com>

## SRFax Transmission Successful to Mr. Gino F. Peluso, Esquire - 1 724-339-3803
1 message

**SRFax Delivery Notification** <fax@srfax.com>            Thu, Feb 16, 2023 at 4:05 PM
Reply-To: no-reply@srfax.com
To: lkroeck@gmail.com, gleprejr.ljklaw@gmail.com

SRFAX

| | |
|---|---|
| Transmission Status: | **Sent** |
| Subject: | In Re: Cuddy, 23-22062-CMB |
| Ref. Code: | |
| Sender: | 717-820-1052 ([gleprejr.ljklaw@gmail.com](mailto:gleprejr.ljklaw@gmail.com)) |
| Fax Sent: | Feb 16, 2023 02:06 PM |
| Recipient Fax: | 1 724-339-3803 |
| Remote Fax ID: | 7243393803 |
| # of Pages Sent: | 47 of 47 (Call Length: 29:01) |

**Open the attached file to view faxed document.**

---

**Preview of Page 1.**

---



📄 **20230216093842-7790_03.pdf**
5079K