**Gerald S Lepre Jr <gleprejr.ljklaw@gmail.com>**

# SRFax Transmission Successful to 1 724-339-3803
1 message

**SRFax Delivery Notification** <fax@srfax.com>  Thu, Feb 16, 2023 at 4:12 PM
Reply-To: no-reply@srfax.com
To: lkroeck@gmail.com, gleprejr.ljklaw@gmail.com



| | |
|---|---|
| Transmission Status: | **Sent** |
| Subject: | |
| Ref. Code: | |
| Sender: | 717-820-1052 (gleprejr.ljklaw@gmail.com) |
| Fax Sent: | Feb 16, 2023 04:05 PM |
| Recipient Fax: | 1 724-339-3803 |
| Remote Fax ID: | 7243393803 |
| # of Pages Sent: | 1 of 1 (Call Length: 0:42) |

Open the attached file to view faxed document.

Preview of Page 1.



LJK-LAW PLLC
Attorneys at Law

1200 Sarah Street
Pittsburgh, PA 15203

Louis John Kroeck IV  Telephone: (412) 712-7605
Email: Lou@ljk-law.com

February 16, 2023

Mr. Clifford W. Cuddy d/b/a  SENT FIRST-CLASS U.S. CERTIFIED MAIL
Cuddy's Construction  ELECTRONIC RETURN RECEIPT
1245 Lenape Avenue  ARTICLE NO.: 7017 3040 0000 2610 6708
Ford City, PA 16226

Re:  In Re: Clifford W. Cuddy d/b/a Cuddy's Construction
      Bankruptcy Case No. 22-22062-CMB (WDPA)
      &
      In Re: Clifford W. Cuddy d/b/a Cuddy's Construction:

📄 **20230216095810-8979_05.pdf**
28K