Gerald S Lepre Jr <gleprejr.ljklaw@gmail.com>

# In Re: Clifford W. Cuddy d/b/a Cuddy's Construction, 22-BK-22062 & 23-AP-02016
1 message

**Gerald S Lepre Jr** <gleprejr.ljklaw@gmail.com>  Wed, Feb 22, 2023 at 4:04 PM
To: "lms@nsslawfirm.com" <lms@nsslawfirm.com>
Cc: "Gino F. Peluso, Esq." <gp@attorneypeluso.com>

Ms. Swope:

Please see attached, which were electronically filed and served on Mr. Clifford W. Cuddy d/b/a Cuddy's Construction. Should you have any questions or concerns, please do not hesitate to contact our office.

--
Sincerely,
Gerald S. Lepre, Jr.
LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA 15203
Cell: 1 (412) 927-8942

---

**8 attachments**

- **Form 158 (Summons for WWB BM MBM TPA JAD).pdf**
  35K
- **1-1.pdf**
  259K
- **1.pdf**
  9048K
- **show_temp.pdf**
  20K
- **show_temp (3).pdf**
  20K
- **show_temp (1).pdf**
  57K
- **proposed order.pdf**
  102K
- **show_temp (2).pdf**
  96K