# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Clifford W. Cuddy d/b/a Cuddy's Construction,<br>**************************************<br>Ave Maria Dlubak,<br><br>    Plaintiff,<br><br>  vs.<br><br>Clifford Cuddy d/b/a Cuddy's Construction,<br><br>    Defendant. | CHAPTER 7 BANKRUPTCY PETITION<br><br>Chapter: __7__<br><br>Bankruptcy No.: 22-22062-CMB<br><br>Doc. No.: 13<br><br>Adversary No.: **23-02016-CMB**<br><br>Bankruptcy Judge: Carlota M. Böhm |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED.R.CIV.P.

Plaintiff Ave Maria Dlubak and Defendant Clifford Cuddy d/b/a Cuddy's Construction hereby stipulate under Federal Rule of Civil Procedure 41(a)(1) this 7th day of June, 2023 that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs in order that the requested relief is pursued in the Court of Common Pleas of Armstrong County, Pennsylvania against debtor's insurance carrier.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted: |
| **LJK LAW, PLLC:** | **LAW OFFICE GINO F. PELUSO:** |
| */s/Louis J.. Kroeck IV* <br>Louis J. Kroeck IV, Esquire<br>Attorney for Plaintiff Ave Maria Dlubak | */s/Gino F. Peluso* <br>Gino F. Peluso, Esquire<br>Attorney for Defendant Clifford Cuddy |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs in order that the requested relief is pursued in the Court of Common Pleas of Armstrong County, Pennsylvania against debtor's insurance carrier. The Clerk is directed to close the file.

**BY THE COURT:**

_____
Bankruptcy Judge Carolta M. Böhm