# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Clifford W. Cuddy d/b/a Cuddy's Construction,<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Ave Maria Dlubak,<br><br>     Movant,<br><br>     vs.<br><br>Clifford Cuddy d/b/a Cuddy's Construction,<br><br>     Defendant. | CHAPTER 7 BANKRUPTCY PETITION<br><br>Chapter: \_\_7<br><br>Bankruptcy No.: 22-22062-CMB<br><br>Doc. No.:<br><br>Adversary No.: **23-02016-CMB**<br><br>Bankruptcy Judge: Carlota M. Böhm |

## NOTICE OF WITHDRAWAL OF ADVERSARY COMPLAINT/PROCEEDINGS

Plaintiff Ave Maria Dlubak under Local Bankruptcy Rules and under Federal Rule of Civil Procedure 41(a)(1) this 8th day of June, 2023 that the adversary complaint filed at the above docket be "withdrawn" with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs in order that the requested relief is pursued in the Court of Common Pleas of Armstrong County, to that of which Pennsylvania against debtor's insurance carrier as evidenced by Court Order entered May 22, 2023 at 22-22062-CMB.

    Respectfully submitted,

    **LJK LAW, PLLC:**

    */s/Louis J.. Kroeck IV*
    Louis J. Kroeck IV, Esquire
    Attorney for Plaintiff Ave Maria Dlubak

## ORDER OF WITHDRAWAL

Pursuant to the notice of withdrawal of the parties under Local Bankruptcy, Bankruptcy and Fed.R.Civ.P. 41(a)(1), **IT IS ORDERED THAT THE ADVERSARY COMPLAINT AND PROCEEDINGS BE WITHDRAWN WITH PREJUDICE** as to with each party bearing that party's own attorney's fees and costs in order that the requested relief is pursued in the Court of Common Pleas of Armstrong County, Pennsylvania against debtor's insurance carrier. The Clerk is directed to close the file.

    **BY THE COURT:**

    _____
    **Bankruptcy Judge Carolta M. Böhm**